UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| In the matter of the search of grey Samsung phone Device located in the inmate property of Deron Lee Mackie | DOCKET NO. 3:14-mj-207<br><br>**ORDER UNSEALING** |

UPON UNOPPOSED MOTION of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an order directing that the Application for a Search Warrant, Search and Seizure Warrant, supporting Affidavit and related Order in the above-captioned case be unsealed; and

IT APPEARING TO THE COURT that there no longer exists any danger to the attendant investigation in this case;

NOW, THEREFORE, IT IS ORDERED that the Application for a Search Warrant, Search and Seizure Warrant, supporting Affidavit and related Order in the above-captioned case be unsealed.

SO ORDERED.

Signed: January 14, 2015

David C. Keesler
United States Magistrate Judge

SEALED DOCUMENT with access to Specified Parties/Plaintiff.